Opinion by Oliver, C.J. In accordance with stipulation of counsel that the merchandise consists of fiber or hemp articles similar in all material respects to those the subject of Abstract 63552, the claim of the plaintiff was sustained.

No. 65657.—Catholic Mfg. Co., Inc. v. United States, protests 59/24594 and 59/15260 (New York).

Opinion by Oliver, C.J. In accordance with stipulation of counsel that the merchandise consists of rosary bracelets the same in all material respects as those the subject of the *The J. Orlando Co., Inc., et al.* v. *United States* (43 Cust. Ct. 115, C.D. 2114), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, MAY 22, 1961

No 65658.—The Electro Motive Manufacturing Co. v. United States, protest 60/9918 (New York).

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise consists of ceramic bases similar in all material respects to those the subject of *John H. Faunce, Philadelphia, Inc.* v. *United States* (42 Cust. Ct. 196, C.D. 2085), the claim of the plaintiff was sustained.

No. 65659.—Perry Bayliss (USA), Inc. v. United States, protest 60/9556 (New York).

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise consists of bicycle tires the same in all material respects as the automobile tires the subject of *A. N. Deringer, Inc.* v. *United States* (38 Cust. Ct. 327, C.D. 1882), the claim of the plaintiff was sustained.

No. 65660.—Perry Bayliss Wiley (U.S.A.), Inc. v. United States, protests 60/27688 and 60/30560 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of bicycle tires the same in all material respects as the automobile tires the subject of *A. N. Deringer, Inc.* v. *United States* (38 Cust. Ct. 327, C.D. 1882), the claim of the plaintiff was sustained.

No. 65661.—Frederik Lunning, Inc. *v.* United States, protest 60/22013 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of vases in mineral colors similar in all material respects to those the subject of Abstract 62694, the claim of the plaintiff was sustained.

No. 65662.—C. M. Lurch Food Prod. Co., Inc. *v.* United States, protest 271034–K (Detroit).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

No. 65663.—Catz American Co., Inc. *v.* United States, protests 282547–K, 282549–K, and 282562–K (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

No. 65664.—W. Y. Moberly, Inc. *v.* United States, protests 330061–K, etc. (Great Falls).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.